# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH GLENN, IV** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 13-6595** |
| **N. BURL CAIN** | **SECTION: "G"(3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the Petitioner, Joseph Glenn, IV's petition for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this  30th   day of September, 2014.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**